United States District Court
Southern District of Texas
FILED
APR 2 2 2005
Michael N. Milby, Clerk
TDH

United States District Court
Southern District of Texas
ENTERED
APR 2 2 2005   BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-265 |
| | § | |
| Freddy Romelio Barco-Rodriguez | § | |

ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 13, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE